█ MICHAEL TORRANCE et al., Respondents, v DAVID CAPUTI et al., Appellants. [60 NYS3d 888]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered December 12, 2016. The order denied the motion of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 14, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.